No. 665, Misc. RELFORD v. COMMANDANT, U. S. DISCIPLINARY BARRACKS, FT. LEAVENWORTH. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to retroactivity and scope of *O'Callahan* v. *Parker*, 395 U. S. 258, and case transferred to appellate docket. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for respondent.

No. 856. VERGARI, DISTRICT ATTORNEY OF WESTCHESTER COUNTY, NEW YORK v. 208 CINEMA, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Carl A. Vergari,* petitioner, *pro se. Michael J. Kunstler* and *William M. Kunstler* for respondents 208 Cinema, Inc., et al. *Arthur K. Bolton,* Attorney General, *Harold N. Hill, Jr.,* Executive Assistant Attorney General, and *Marion O. Gordon,* Assistant Attorney General, for the State of Georgia as *amicus curiae* in support of the petition.

No. 928. GNOTTA v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. *Rodger J. Walsh* for petitioner. *Solicitor General Griswold* for the United States et al.

No. 929. TUCKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Rufus King* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1035. McCORMICK v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. *David C. Shapard* for petitioner.